UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-4311
_____

KENNETH J. TAGGART,
                    Appellant

v.

NORWEST MORTGAGE INC., D/B/A America's Servicing Company;
WELLS FARGO HOME MORTGAGE, INC.;
DEUTSCHE BANK NATIONAL TRUST COMPANY, Trustee for Morgan Stanley
ABS Capital I Inc., Trust 2007-HE2
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-09-cv-01281)
District Judge: Honorable Mary A. McLaughlin
_____

Submitted Under Third Circuit LAR 34.1(a)
September 12, 2013

Before: MCKEE, Chief Judge, SMITH, and SLOVITER, Circuit Judges

_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 12, 2013.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered October 23, 2012, be and the same is hereby affirmed. Costs taxed to the Appellant. All of the above in accordance with the opinion of this Court.

    Attest:

    /s/ Marcia M. Waldron
    Clerk

Dated: September 13, 2013